UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS R. CORRALES,

    Plaintiff,

v.                                            Case No. 3:21cv3422-LC-HTC

WARDEN SANTIAGO, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on February 4, 2022 (ECF No. 23). The Court furnished Plaintiff a copy of the Report and Recommendation and afforded him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Following the issuance of the Report and Recommendation, Plaintiff filed a Notice with the Court (Doc. 26), which could be construed as either an Objection directed to the undersigned District Judge or as an Appeal to the Eleventh Circuit Court of Appeals. Because a Magistrate Judge's Report and Recommendation is not final and therefore not appealable, *see Perez–Priego v. Alachua County Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998), the Court finds Plaintiff's filing

Case No. 3:21cv3422-LC-HTC

more appropriately characterized as an Objection to the Report and Recommendation. Upon review of the Report and Recommendation and the construed Objection, the Court determines that the Report and Recommendation should be adopted. If Plaintiff wishes to appeal to the Eleventh Circuit, he must file a Notice of Appeal, and the subject of the Appeal should be this Order adopting the Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 23) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process by failing to truthfully disclose his prior litigation history.

3. The clerk of court is directed to close this case.

**ORDERED** on this 7th day of March, 2022.

                                             s/*L.A. Collier*
                                             Lacey A. Collier
                                    Senior United States District Judge

Case No. 3:21cv3422-LC-HTC